# RESCRIPT OPINIONS.

Pursuant to the requirements of G. L. c. 211, § 9, the Reporter publishes the following:

JOSEPH A. RACHAL vs. COMMONWEALTH. October 30, 1975. The single justice did not err in dismissing this petition for a writ of error. In the Superior Court the petitioner had pleaded guilty to murder in the second degree. In spite of his plea of guilty we consider his petition. In the petition he alleged error in juvenile proceedings held in the Municipal Court of Brookline in 1968. There was no error in these proceedings, which complied with all standards applicable at the time. The case is quite similar on its facts to *Stokes* v. *Commonwealth,* 368 Mass. 754 (1975). While the question of double jeopardy was not raised in this case, had it been it is our view that the holding of *Breed* v. *Jones,* 421 U.S. 519 (1975), would not have been applicable. Had it been applicable, as the *Stokes* case makes clear, its applicability would not have been retroactive. There is nothing in any other assignment of error.

*Judgment affirmed.*

The case was submitted on briefs.
*David A. Sonenshein* for the petitioner.
*Francis X. Bellotti,* Attorney General, *John J. Irwin, Jr., & Robert V. Greco,* Assistant Attorneys General, for the Commonwealth.

VERONICA A. LEONE & another vs. RICHARD R. DORAN & another. October 30, 1975. The plaintiff's sole exception in her bill relates to alleged error on the part of a Superior Court judge in denying her motion to amend her declaration as to the defendant Patrick J. McDonough. *Leone* v. *Doran,* 363 Mass. 1, 19 (judgment vacated as to other parties, 363 Mass. 886 [1973]), provides that the plaintiff was to be allowed ninety days "after the date of the rescript herein" for the filing of a motion to be allowed in the discretion of the judge to amend the declaration in certain respects. The rescript was dated January 22, 1973. The motion to amend was not filed until June 22, 1973. There was no error on the part of the judge in denying the motion to amend on the basis that the action against the defendant McDonough had gone to judgment as matter of law.

*Order denying the motion affirmed.*

*Lovell S. Spaulding* for the plaintiff Veronica A. Leone.
*George A. McLaughlin, Jr.,* for the defendants.